UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

Civil Action No. 12-102-HRW

WILLIAM D. SLONE,                                                                        PETITIONER,

v.                                                    **ORDER**

JOSEPH P. MEKO, WARDEN, *et al.*,                                            RESPONDENTS.

This matter is before the Court upon the Report and Recommendation of Magistrate Judge Gregory Wehrman [Docket No. 17]. The Magistrate recommends that this case be dismissed as a successive habeas petition pursuant to 28 U.S.C. § 2244(b)(1). Plaintiff filed objections to the Report and Recommendation. The Court having reviewed the objections, as well as the record, finds nothing in them which contradicts or calls into question the findings of the Magistrate. Plaintiff offers no argument which would persuade this Court to differ with the Report and Recommendation. Therefore, this Court shall adopt the Report and Recommendation as and for its opinion.

Accordingly, **IT IS HEREBY ORDERED** that the Report and Recommendation [Docket No. 17] is **APPROVED** and **ADOPTED** as and for the opinion of the Court and, in conformity therewith this matter be **DISMISSED**.

This 27th day of September 2013.



Signed By:
Henry R. Wilhoit, Jr.
United States District Judge