**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**ASHLAND**

**Civil Action No. 12-102-HRW**

**WILLIAM D. SLONE,**                                                                 **PETITIONER,**

v.                                                    **ORDER**

**JOSEPH P. MEKO, WARDEN,** *et al.,*                                   **RESPONDENTS.**

This matter is before the Court upon the Report and Recommendation of Magistrate

Judge Gregory Wehrman [Docket No. 17]. The Magistrate recommends that this case be

dismissed as a successive habeas petition pursuant to 28 U.S.C. § 2244(b)(1). Plaintiff filed

objections to the Report and Recommendation. The Court having reviewed the objections, as

well as the record, finds nothing in them which contradicts or calls into question the findings of

the Magistrate. Plaintiff offers no argument which would persuade this Court to differ with the

Report and Recommendation. Therefore, this Court shall adopt the Report and Recommendation

as and for its opinion.

Accordingly, **IT IS HEREBY ORDERED** that the Report and Recommendation

[Docket No. 17] is **APPROVED** and **ADOPTED** as and for the opinion of the Court and, in

conformity therewith this matter be **DISMISSED.**

This 27th day of September 2013.



Signed By:
Henry R. Wilhoit, Jr.
United States District Judge